IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-50226
Conference Calendar
_____


UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,


versus

DEMETRIUS GUZMAN,

                                        Defendant-Appellant.


- - - - - - - - - -
Appeal from the United States District Court
for the Western District of Texas
USDC No. W-94-CR-97
- - - - - - - - - -
October 24, 1996
Before POLITZ, Chief Judge, and JOLLY and HIGGINBOTHAM, Circuit Judges.

PER CURIAM:[*]

     Demetrius Guzman (#66401-079) has applied for leave to

proceed in forma pauperis (IFP) in this appeal from the denial of

his motion for production of court records.  There is no pending

appeal from Guzman's criminal conviction, and Guzman has not

filed a post-conviction motion challenging his conviction or

sentence.  See 28 U.S.C. § 753(f).  A federal prisoner who has

not attempted to file a petition collaterally attacking his

_____

     [*] Pursuant to Local Rule 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in Local Rule
47.5.4.

conviction is not entitled to obtain copies of court records at government expense to search for possible error.  <u>Skinner v. United States</u>, 434 F.2d 1036, 1037 (5th Cir. 1970).  The motion for leave to proceed IFP is DENIED.  Because the appeal is frivolous, it is DISMISSED.  5th Cir. R. 42.2.